STATE OF NEW JERSEY v. EDWARD GOLDSBORO.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HELMER VALENCIA HIDARRAGA.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CHASMER.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN BARBARVECH.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BARON FRANKLIN.

April 28, 1987.

Petition for certification denied.